# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LAPEKAS,<br><br>    Plaintiff,<br><br>    v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., et al.<br><br>    Defendants. | CASE NO. CV 10-5984-VBF (FMOx)<br><br>**ORDER RE STIPULATION TO CONFIDENTIALITY PROTECTIVE ORDER**<br><br>**NOTE CHANGES MADE BY THE COURT.** |

The parties to this action have stipulated to the entry of a Confidentiality Protective Order for the purpose of limiting disclosure of the parties' respective confidential or proprietary information.

GOOD CAUSE HAVING BEEN SHOWN THEREFOR, the Stipulation of the Parties attached hereto as Exhibit 1 shall become the Order of the Court.

This 26th day of May, 2011.

/s/
Magistrate Judge Fernando M. Olguin

-1-
**[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER**