1  MARK PALLEY, Cal. Bar No. 120073
   YVONNE M. PIERROU, Cal. Bar. No. 166237
2  DAVID B. ANDERSON, Cal. Bar No. 273419
   MARION'S INN LLP
3  1611 Telegraph Avenue, Suite 707
   Oakland, California 94612-2145
4  Telephone: (510) 451-6770
   Facsimile: (510) 451-1711
5  Email: mp@marionsinn.com
   Email: ymp@marionsinn.com
6  Email: dba@marionsinn.com

7  Attorneys for Defendants Kaiser Foundation
   Health Plan, Inc. and Kaiser Foundation Hospitals

8
9                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
10

11 | RONALD LAPEKAS, et al.,              ) No. CV10-5984 GHK (FMOx)
12 |            Plaintiffs,                ) PROTECTIVE ORDER TO LIMIT
                                           ) NON-PARTY ACCESS
13 |      v.                               )
                                           ) [DOCKET NO. 179-2]
14 | KAISER FOUNDATION HEALTH              )
     PLAN, INC., et al.,                   )
15 |                                       )
            Defendants.                    )
16 | _____ )

17      Based on the stipulation of plaintiff Ronald Lapekas and defendant Kaiser
18 Foundation Health Plan, Inc., and for good cause shown,
19      IT IS ORDERED that, pursuant to Rule 5.2(e)(2), Fed. R. Civ. P., remote
20 electronic access to document 179-2 by any nonparty shall be prohibited.
21
22 IT IS SO ORDERED.
23
24 DATED: 11\28\11
25                                           _____
                                                    U.S. District Judge
26
27
28

---

PROTECTIVE ORDER TO LIMIT NON-PARTY
ACCESS TO THE RECORD [DKT. NO. 179-2]
CASE CV 10-5984 GHK (FMOx)

-1-