MARK PALLEY, Cal. Bar No. 120073
YVONNE M. PIERROU, Cal. Bar. No. 166237
DAVID B. ANDERSON, Cal. Bar No. 273419
MARION'S INN LLP
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone: (510) 451-6770
Facsimile: (510) 451-1711
Email: mp@marionsinn.com
Email: ymp@marionsinn.com
Email: dba@marionsinn.com

Attorneys for Defendants Kaiser Foundation
Health Plan, Inc. and Kaiser Foundation Hospitals

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LAPEKAS, et al., | No. CV10-5984 GHK (FMOx) |
| Plaintiffs, | PROTECTIVE ORDER TO LIMIT NON-PARTY ACCESS |
| v. | [DOCKET NO. 179-2] |
| KAISER FOUNDATION HEALTH PLAN, INC., et al., | |
| Defendants. | |

Based on the stipulation of plaintiff Ronald Lapekas and defendant Kaiser Foundation Health Plan, Inc., and for good cause shown,

IT IS ORDERED that, pursuant to Rule 5.2(e)(2), Fed. R. Civ. P., remote electronic access to document 179-2 by any nonparty shall be prohibited.

IT IS SO ORDERED.

DATED: 11\28\11

_____
U.S. District Judge